

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

FILED 17 JAN '20 15:35USDC-ORP

| United States of America | ) |
|---|---|
| v. | ) Case No. 3:19-cr-00596-SI-2 |
| JOSEPH LUCIO JIMENEZ | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JOSEPH LUCIO JIMENEZ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute Controlled Substances
Distribution of Heroin

Date: 12/20/2019

s/J Norgate
*Issuing officer's signature*

City and State: Portland, OR

**J Norgate, Deputy Clerk**
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

DATE 1/9/2020
ARRESTED BY Subj. already in custody

Date: _____

U.S. MARSHAL
BY [signature]

*Arresting officer's signature*

*Printed name and title*